AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manning, Julie A. | U.S. Bankruptcy Court, Connecticut | 06/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge--Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court, District of Connecticut
915 Lafayette Boulevard
1st Floor
Bridgeport, CT 06604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pre 2000 | Shipman & Goodwin LLP Profit Sharing Retirement Plan (former law firm) with Vanguard |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▓▓▓▓▓▓▓▓▓▓ --salary and bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Judiciary | 01/12/18 | New Haven, Connecticut | Court governance meeting | Transportation |
| 2. | Judiciary | 02/01/18 | New Haven, Connecticut | Court governance meeting | Transportation |
| 3. | Judiciary | 03/01/18 | North Haven, Connecticut | Activity of Professional Association | Transporation |
| 4. | Judiciary | 04/13/18 | New Haven, Conneticut | Court governance meeting | Transportation |
| 5. | Judiiciary | 04/26/18 | Hartford, Connecticut | Court governance meeting | Transportation |
| 6. | Judiciary | 04/30/18-05/02/18 | San Antonio, Texas | Non-FJC Educational Seminar | Transportation, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manning, Julie A.** | 06/28/2019 |

| | | | | |
|---|---|---|---|---|
| 7. | Judiciary | 05/10/18-05/11/18 | Washington, D.C. | FJC Educational Seminar | Transportation, Lodging |
| 8. | Judiciary | 06/13/18-06/15/18 | Saratoga Springs, New York | Second Circuit Judiical Conference | Transportation, Lodging |
| 9. | Judiciary | 06/25/18 | New Haven, Connecticut | Court governance meeting | Transportation |
| 10. | Judiciary | 06/26/18 | North Haven, Connecticut | Court governance meeting | Transportation |
| 11. | Judiciary | 08/20/18 | New Haven, Connecticut | Court governance meeting | Transportation |
| 12. | Judiciary | 09/07/18 | Hartford, Connecticut | Court governance meeting | Transportation |
| 13. | Judiciary | 09/12/18-09/14/18 | Malibu, California | FJC Educational Seminar | Transportation, Lodging |
| 14. | Judiciary | 10/02/18 | Westbrook, Connecticut | Non-FJC Educational Seminar | Transportation |
| 15. | Judiciary | 10/03/18 | New Haven, Connecticut | Court governance meeting | Transportation |
| 16. | Judiciary | 10/04/18 | Westbrook, Connecticut | Non-FJC Educational Seminar | Transportation |
| 17. | Private--American Bar Association at NCBJ Conference | 10/27/18-10/30/18 | San Antonio, Texas | Non-FJC Educational Seminar | Transportation, Lodging |
| 18. | Judiciary | 11/14/18-11/16/18 | New York, New York | FJC Educational Seminar | Transportation, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 06/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. People's United Bank accounts--2017 | B | Interest | N | T | | | | | |
| 2. CHET 529 account 2018-▨ | | | | | | | | | |
| 3. --529 Principal Plus Interest Option | A | Interest | K | T | | | | | |
| 4. --529 Principal Plus Interest Option | | | | | Buy | 06/26/18 | J | | |
| 5. --529 Principal Plus Interest Option | | | | | Sold | 07/16/18 | J | A | |
| 6. --529 Principal Plus Interest Option | | | | | Sold | 12/13/18 | J | A | |
| 7. --529 Moderate Allocation age 17 | A | Interest | | T | | | | | |
| 8. --529 Moderate Allocation age 17 | | | | | Buy | 06/26/18 | J | | |
| 9. --529 Moderate Allocation age 17 | | | | | Sold | 07/16/18 | J | A | |
| 10. --529 Moderate Allocation age 17 | | | | | Sold | 09/20/18 | J | A | |
| 11. --529 Moderate Allocation age 18 & over | A | Interest | | T | | | | | |
| 12. --529 Moderate Allocation age 18 & over | | | | | Buy | 09/20/18 | J | | |
| 13. --529 Moderate Allocation age 18 & over | | | | | Sold | 12/13/18 | J | A | |
| 14. --529 Principal Plus Interest Option-▨ | A | Interest | L | T | | | | | |
| 15. --529 Principal Plus Interest Option | | | | | Buy | 06/26/18 | J | | |
| 16. --529 Principal Plus Interest Option | | | | | Sold | 07/16/18 | K | A | |
| 17. --529 Principal Plus Interest Option | | | | | Sold | 12/13/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --529 Moderate Managed Allocation age 18+ | A | Interest | J | T | | | | | |
| 19. --529 Moderate Managed Allocation age 18+ | | | | | Sold | 01/05/18 | J | A | |
| 20. Vanguard Account 2018 | | | | | | | | | |
| 21. --Vanguard Small -Cap Growth Index Fund | B | Int./Div. | M | T | | | | | |
| 22. --Retirement Savings Trust III fna Retirement Savings Trust | A | Interest | J | T | | | | | |
| 23. --Vanguard Selected Value Fund | E | Int./Div. | M | T | | | | | |
| 24. --Vanguard Target Retirement 2025 | D | Int./Div. | M | T | | | | | |
| 25. --Vanguard Wellington Fund | E | Int./Div. | M | T | | | | | |
| 26. --Vanguard Total Bond Market Index Fund | C | Int./Div. | M | T | | | | | |
| 27. Voya 401(k) Savings Plan - 2018 | | | | | | | | | |
| 28. -- Met West Tot Bd Fd | A | Int./Div. | K | T | Sold | 12/07/18 | J | | |
| 29. --NT Coll. Agg. Bond Idx fkaVanguard Total Bond Market Investment Fund | A | Interest | J | T | Sold | 12/07/18 | J | | |
| 30. --Voya Stable Value Option | B | Int./Div. | M | T | Buy | 12/07/18 | M | | |
| 31. --Equity Index Non-Lendable Fund M, nka NT Coll S&P 500 Idx Fund DC | A | Int./Div. | K | T | Sold | 12/07/18 | K | | |
| 32. --SSgA Russ Sm/Md Cap Index Fund nka NT Coll Ext Mkr Idx Fund DC | C | Int./Div. | J | T | Sold | 12/07/18 | K | | |
| 33. --Voya Small Cap Opportunites nka Voya Small Cap Growth Tr 2 | A | Int./Div. | K | T | Sold | 12/07/18 | K | | |
| 34. --T Rowe Price Ins. Large Cap Growth | A | Int./Div. | J | T | Sold | 12/07/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Fidelity Rollover IRA - 2018 | | | | | | | | | |
| 36. --Stocks-General Electric Company | A | Dividend | J | T | | | | | |
| 37. --Stocks--General Electric Company | | | | | Sold | 02/03/10 | J | A | |
| 38. --Stocks-SPDR S&P 500 ETF Fund | B | Dividend | J | T | | | | | |
| 39. --Stocks SPDR S&P 500 ETF Fund | | | | | Sold (part) | 03/20/18 | K | D | |
| 40. --Stocks SPDR S&P 500 ETF Fund | | | | | Sold (part) | 04/13/18 | M | D | |
| 41. --Stocks-SPDR SER TR S&P Dividend | A | Dividend | J | T | | | | | |
| 42. --Stocks-SPDR SER TR S&P Dividend | | | | | Sold (part) | 03/20/18 | K | D | |
| 43. --Stocks-SPDR SER TR S&P Dividend | | | | | Sold | 04/13/18 | L | C | |
| 44. --Stocks-United Parcel Service | B | Dividend | K | T | | | | | |
| 45. --Mutual Funds-Pimco Total Return Investment Fund | B | Dividend | K | T | | | | | |
| 46. --Mutual Fund-Pimco Total Return Investment Fund | | | | | Sold (part) | 03/19/18 | L | E | |
| 47. --Fidelity Cash Reserves (FDRXXX) | C | Int./Div. | N | T | | | | | |
| 48. --Fidelity Cash Reserves (FDRXXX) | | | | | Buy | 03/20/18 | M | A | |
| 49. --Fidelity Cash Reserves (FDRXXX) | | | | | Buy | 04/14/18 | M | A | |
| 50. --Fidelity Cash Reserves (FDRXXX) | | | | | Buy | 10/14/18 | K | A | |
| 51. --Stocks-Vanguard Sector Index FDS | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 06/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52. --Stocks--Vanguard Sector Index FDS | | | | | Sold (part) | 03/20/18 | J | B | |
| 53. --Stocks--Vanguard Sector Indect FDS | | | | | Sold (part) | 04/13/18 | J | B | |
| 54. --Stocks-Amazon.com.inc | A | Dividend | K | T | | | | | |
| 55. --Stocks-Powerhouse QQQ Tr Unit Ser 1 | D | Dividend | K | T | | | | | |
| 56. --Stocks-Powerhouse QQQ Tr Unit Ser 1 | | | | | Sold (part) | 03/20/18 | K | C | |
| 57. --Stocks-Powerhouse QQQ Tr Unit Ser 1 | | | | | Sold | 04/13/18 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 06/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 06/28/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie A. Manning**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544